
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 5:95cr70046-1 |
| v. | <u>2255 MEMORANDUM OPINION</u> |
| OMAR YUSUF DESANGES. | By: Samuel G. Wilson<br>United States District Judge |

Omar Yusuf Desanges, a federal inmate proceeding *pro se*, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, challenging his 1996 conviction and sentence. Upon review of the record, the court finds that Desanges' instant § 2255 motion must be dismissed as an unauthorized successive motion.

**I.**

Desanges challenges his life sentence for drug-related murder, conspiring to possess with the intent to distribute cocaine base, and possessing a firearm during a drug trafficking offense. Court records indicate that Desanges previously filed a § 2255 motion regarding the same conviction and sentence which this court denied. See Civil Action No. 7:02cv00126. This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). As Desanges has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, the court must dismiss his petition as successive.[1]

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.

## II.

For the reasons stated, the court dismisses Desanges' motion as an unauthorized successive § 2255 motion.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTER:** This 13th day of August, 2013.

_____
United States District Judge